IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Earl R. Johnson, #318291,           )
                                    )
        Plaintiff,                 )
                                    )   Civil Action No. 6:07-3791-SB
v.                                  )
                                    )
Sheriff Crenshaw; 2 Unnamed         )   **ORDER**
Anderson County Detectives;         )
Attorney Chuck Allen,               )
                                    )
        Defendants.                )
_____)

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On December 13, 2007, United States Magistrate Judge William M. Catoe issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this

Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

_____
The Honorable Sol Blatt, Jr.
Senior United States District Judge

January __11__, 2008
Charleston, South Carolina